1
2
3
4
5
6
7
8
9

FILED
CLERK, U.S. DISTRICT COURT

JUN 28 2013

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>EFRAIN VILLAREAL<br><br>          Defendant. | Case No.: CR04-00952-CAS<br><br>ORDER OF DETENTION<br>(FED. R. CRIM. P. 32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CENTRAL__ District of __CALIFORNIA__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

   Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

   • FAMILY TIES TO MEXICO
   • LACK OF STATE CUSTODIAL SENTENCE

1

1  and/or

2  B.  (✓)  The defendant has not met his/her burden of establishing by clear and
3  convincing evidence that he/she is not likely to pose a danger to the
4  safety of any other person or the community if released under 18
5  U.S.C. § 3142(b) or (c).  This finding is based on the following:
6  · NATURE OF UNDERLYING OFFENSE (QUANTITY OF
7  CONTROLLED SUBSTANCE)
8  · STATE COURT CONVICTION.

12  IT THEREFORE IS ORDERED that the defendant be detained pending the further
13  revocation proceedings.

15  Dated: 6/28/13

   HONORABLE DAVID T. BRISTOW
   United States Magistrate Judge

2