

FILED
CLERK, U.S. DISTRICT COURT
JUN 27 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. EFRAIN VILLAROA DEFENDANT(S). | CASE NUMBER CR04-952-CAS ORDER FOR TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT RE: OUT OF DISTRICT CASE |
|---|---|

Upon the stipulation of the parties that a detention hearing is waived in this District,

IT IS ORDERED that a detention hearing is hereby set on the calendar of the U.S. District Court for the **CENTRAL** District of **CALIFORNIA**, at a date and time to be determined by that Court, following defendant's transfer to that District by the United States Marshal.

Pending said detention hearing, the defendant shall be held in custody by the United States Marshal or other custodial officer, to wit: _____, and produced for the hearing.

☐ The Court finds good cause for continuance of the detention hearing in excess of five (5) days.

Dated: 6/27/13

_____
U.S. ~~District Judge~~ / Magistrate Judge
**DAVID T. BRISTOW**