O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR04-952-CAS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | REVOCATION OF SUPERVISED |
| EFRAIN VILLAREAL, | ) | RELEASE AND JUDGMENT |
| Defendant. | ) | |
| _____ | ) | |

On July 8, 2013, this matter came before the Court on Petition on Probation and Supervised Release originally filed on December 27, 2012. Government counsel, Aron Ketchel, the defendant and his appointed DFPD attorney, Pedro Castillo, were present. The U.S. Probation Officer, Jose Sanchez, was also present.

The defendant admits the allegations in violation of his supervised release, as stated in the Petition filed on December 27, 2012. The Court further finds that the defendant is in violation of the terms and conditions of her supervised release imposed on December 19, 2006.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of twelve (12) months. Upon release from imprisonment, defendant shall be placed on supervised release for a period of twenty-four (24) months, under the same terms and conditions previously imposed, with the added condition, as follows:

- The defendant shall participate for a period of eight (8) months in a home detention program which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification systems and shall observe all rules of such program, as directed by the Probation Officer. The defendant shall maintain a residential telephone line without devices and/or services that may interrupt operation of the monitoring equipment; and
- If defendant is employed, the defendant shall pay the costs of home confinement monitoring to the contract vendor, not to exceed the sum of $14.00 for each day of participation. The defendant shall provide payment and proof of payment as directed by the Probation Officer.

The Court hereby recommends that defendant be designated to a facility in Southern California, or as close thereto as possible.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:　　July 9, 2013

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
　　Catherine M. Jeang, Deputy Clerk